```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

FREEDOM PLASTICS, INC.,
a Wyoming corporation                                    PLAINTIFF

    V.                    Civil No. 09-3002

PIONEER PLASTICS, LLC,
an Arkansas Limited Liability
Corporation                                              DEFENDANT

### O R D E R

NOW on this 21st day of April, 2009, comes on for consideration the **Voluntary Dismissal Without Prejudice (Doc. 7)**. The Court, being well and sufficiently advised that the defendants have no objection, finds that the motion should be, and it hereby is, **GRANTED** and the plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED.

                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE